D. John Ashby, ISB No. 7228
Taylor Barton, ISB No. 11259
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com
       tbarton@hawleytroxell.com

Attorneys for Defendant San Joaquin Valley College, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROLINA SCHNUERLE,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation,<br><br>Defendant. | Case No.<br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that Defendant San Joaquin Valley College, Inc. ("SJVC"), by and through its attorneys of record, Hawley Troxell Ennis & Hawley LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action, which was filed on February 5, 2022 as Case No. CV01-21-16917 on the docket of the Fourth Judicial District Court of the State of Idaho, for the County of Ada, to the United States District Court, District of Idaho. As more fully set forth below, this case is properly removable to this Court pursuant to 28 U.S.C. § 1441

NOTICE OF REMOVAL - 1

because SJVC has satisfied the procedural requirements for removal under 28 U.S.C. § 1446 and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## I. PROCEDURAL BACKGROUND

On February 5, 2022, SJVC accepted service of Plaintiff Rolina Schnuerle's ("Plaintiff") Verified Amended Complaint ("Amended Complaint"), which Amended Complaint was filed with the Fourth Judicial District Court of the State of Idaho in and for Ada County on February 5, 2022. As required by 28 U.S.C. § 1446(a) and Local District Rule 81.1, a copy of the entire state court record and the Register of Actions, which includes the Amended Complaint, is attached hereto as **Exhibit A.**

In the Complaint, Plaintiff asserts six counts arising from the termination of her employment by SJVC. *See* Am. Compl. ¶¶ 40-75. The claims include: constructive discharge in violation of public policy; breach of the covenant of good faith and fair dealing; unjust enrichment; negligent infliction of emotional distress; vicarious liability; and negligent supervision.

## II. DIVERSITY JURISDICTION

Removal is proper under 28 U.S.C. § 1441(a), because this Court has diversity jurisdiction under 28 U.S.C. § 1332. Under 28 U.S.C. § 1332, diversity jurisdiction exists where "the matter in controversy exceeds the sum or value of $75,000 . . . and is between – (1) citizens of different States[.]" 28 U.S.C. § 1332(a). A corporation is considered a citizen of every state "by which it has been incorporated and of the State . . . where it has its principal place of business[.]" 28 U.S.C. § 1332(c)(1).

A. **Diversity of Citizenship Exists.**

1. Plaintiff alleges she is a resident of Ada County, Idaho. Am. Compl. ¶ 1. Accordingly, Plaintiff is a citizen of Idaho. *See* 28 U.S.C. § 1332(a)

2. Plaintiff further alleges that SJVC is a California corporation with its principle place of business located in Visalia, California. Am Compl. ¶ 2. SJVC admits that it is a California Corporation with its principle place of business in Visalia, California. Accordingly, SJVC is a citizen of California. *See* U.S.C. § 1332 (c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]")

3. For purposes of removal, this action is between a citizen of Idaho, Plaintiff, and a citizen of California, SJVC. Therefore, pursuant to 28 U.S.C. § 1332(a)(1), this action is between citizens of different states and the diversity of citizenship requirement is met.

B. **The Amount of Controversy Requirement is Satisfied.**

1. The amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied because Plaintiff's alleged damages are in excess of $75,000.

2. Although SJVC reserves the right to object to the damages sought by Plaintiff and disputes that Plaintiff is entitled to recover any damages, Plaintiff has alleged total damages of at least $350,000. Am. Compl. ¶ 29, Exh. B at p. 4 (demanding $350,000 for constructive discharge and retaliation). This amount exceeds the sum of $75,000. Therefore, based on the allegations in the Complaint, the amount in controversy exceeds $75,000, as required by 28 U.S.C. § 1332(a).

Accordingly, because complete diversity of citizenship exists and the amount in controversy requirement is met, the requirements of diversity jurisdiction under 28 U.S.C. § 1332 are satisfied, and this action may be removed to this Court under 28 U.S.C. § 1441(a).

### III. PROCEDURAL REQUIREMENTS

1. **Pleadings.** A copy of "all process, pleadings, and orders served upon" SJVC, *see* 28 U.S.C. § 1446(a), are attached hereto as **Exhibit A** (which includes the Amended Complaint).

2. **Timeliness.** Because SJVC accepted service of the Amended Complaint on February 5, 2022, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), having been filed within 30 days from that date. Further, this Notice of Removal has been filed less than one year after the commencement of the action. *See* 28 U.S.C. § 1446(c)(1).

3. **Consent.** SJVC is the only defendant in this action. Thus, as the only defendant, SJVC is the only required to provide consent to removal as required under 28 U.S.C. § 1446(b)(2) ("[A]ll defendants who have been properly joined and served must join or consent to the removal of the action.").

4. **Notice.** Consistent with the requirements of 28 U.S.C. § 1446(d), SJVC will file a Notice of Filing of Notice of Removal with the Idaho state court and serve this Notice as well as the Notice of Filing of Notice of Removal upon Plaintiff. A true and correct copy of the Notice of Filing of Notice of Removal to be filed with the Idaho state court is attached (excluding its Exhibits) as **Exhibit B.**

5. **Forum.** Ada County, Idaho is within the district of the United States District Court for the District of Idaho. Therefore, this "district and division embrac[es] the place where

[the Complaint] is pending," and therefore this is the appropriate court for removal. 28 U.S.C. § 1441(a).

6. Pursuant to Local District Rule of Procedure 81.1, a Civil Cover Sheet has been filed concurrently herewith.

WHEREFORE Defendant requests that Case No. CV01-21-16917 on the docket of the Fourth Judicial District Court of the State of Idaho, for the County of Ada, be removed to the United States District Court, District of Idaho.

Dated: <u>February 18, 2022</u>                    HAWLEY TROXELL ENNIS & HAWLEY LLP


By <u>/s/ D. John Asbhy</u>
　　D. John Ashby, ISB No. 7228
　　Taylor J Barton, ISB No. 11259
　　Attorneys for Defendant San Joaquin Valley
　　College, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true copy of the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Max T. Williams<br>Jack N. Wagner<br>WILLIAMS LAW GROUP, PLLC<br>*[Attorneys for Plaintiff]* | max@williamslawgroupboise.com<br>jack@williamslawgroupboise.com |

Dated: February 18, 2022

/s/ D. John Ashby
D. John Ashby, ISB No. 7228